NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000771**
**30-OCT-2013**
**10:00 AM**

NO. CAAP-12-0000771

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PAULINO G. AREOLA, JR., Plaintiff-Appellant, v.
CHRISTY K. AREOLA, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 07-1-3635)

ORDER DENYING DEFENDANT-APPELLEE'S
MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of "Defendant-Appellee Christy Areola's Motion for Reconsideration" filed on October 24, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, October 30, 2013.

Presiding Judge

Associate Judge

Associate Judge